UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELDRIDGE CHANEY,<br><br>    Plaintiff,<br><br> v.<br><br>AUDREY KING and JACK CARTER,<br><br>    Defendants. | Case No. 1:08-cv-01196-BLW<br><br>**JUDGMENT** |

  In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **January 28, 2014**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge